

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00124-CR

| | | |
|---|---|---|
| ISMAEL PEREDA, Appellant | § | On Appeal from the 415th District Court |
| | § | of Parker County (CR18-0617) |
| V. | § | July 15, 2021 |
| | § | Per Curiam Memorandum Opinion |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment and accompanying order to withdraw funds are modified to strike the $25 time-payment fee. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM